**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**TENNIE R. WILSON**                                                                      **PLAINTIFF**

**VS.**                                      **5:17-CV-00118 BRW/BD**

**NANCY A. BERRYHILL, Acting Commissioner**
**Social Security Administration**                                                  **DEFENDANT**

## ORDER

I have reviewed the Recommended Disposition (Doc. No. 13) submitted by Magistrate

Judge Beth Deere. No objections have been filed.   After careful consideration, I approve and

adopt the Recommended Disposition in all respects.

Accordingly, the Commissioner's decision is AFFIRMED, and Plaintiff Tennie R.

Wilson's Complaint (Doc. No. 2) is DISMISSED with prejudice.

IT IS SO ORDERED this 27th day of March, 2018.


/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE