**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**TENNIE R. WILSON**                                                                 **PLAINTIFF**

**VS.**                                        **5:17-CV-00118 BRW/BD**

**NANCY A. BERRYHILL, Acting Commissioner**
**Social Security Administration**                                         **DEFENDANT**

## JUDGMENT

Based on the order entered today, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 27th day of March, 2018.


/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE